**michigan municipal league** — Liability & Property Pool

# MUNICIPAL LIABILITY COVERAGE

Some provisions in this **Coverage Document** restrict coverage. Read the entire **Coverage Document** carefully to determine rights, duties and what is and is not covered. Throughout this **Coverage Document** the terms "we", "us", and "our" refer to the Michigan Municipal League Liability and Property Pool. The words "you" and "your" refer to the **Member** shown in the Declarations. Terms described in bold type are defined in SECTION VI — DEFINITIONS.

## SECTION I — COVERAGES

### COVERAGE A — BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Coverage Agreement.**

    a. We will pay those sums which the **Insured** becomes legally obligated to pay as **Damages** because of **Bodily Injury** or **Property Damage** to which this coverage applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SECTION III — LIMITS OF COVERAGE. This coverage applies only to **Bodily Injury** and **Property Damage** which occurs during the **Coverage Period**. The **Bodily Injury** or **Property Damage** must be caused by an **Occurrence**. The **Occurrence** must take place in the **Coverage Territory**. We will have the right and duty to defend any **Suit** seeking those **Damages**. However:

        (1) we may investigate and settle any **Occurrence**, **Claim** or **Suit** pursuant to the rules established by the **Pool** Board of Directors.

        (2) the amount we will pay for **Damages** is limited as described in SECTION III — LIMITS OF COVERAGE.

        (3) our right and duty to defend end when we have used up the applicable Limit of Liability in the payment of **Damages** as described in SECTION III — LIMITS OF COVERAGE.

    b. **Damages** because of **Bodily Injury** include **Damages** claimed by any person or organization for care, loss of services or death resulting at any time from the **Bodily Injury**.

    c. **Property Damage** that is loss of use of tangible property that is not physically injured shall be deemed to occur at the time of the **Occurrence** that caused it.

2. **Exclusions.**

    This insurance does not apply to:

    a. *Expected or Intended Injury*

        **Bodily Injury** or **Property Damage** reasonably expected or intended from the standpoint of the **Insured**. This exclusion does not apply to **Bodily Injury** or **Property Damage** resulting from the use of reasonable force to protect persons or property.

        This exclusion does not apply to the use of force in the performance of **Law Enforcement Activities**.

    b. *Contractual Liability*

        **Bodily Injury** or **Property Damage** for which the **Insured** is obligated to pay **Damages** by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for **Damages**:

u. **Electromagnetic Radiation** 

**Claims** or **Suits** for **Damages** resulting from or allegedly arising out of exposure to or contact with electromagnetic radiation.

## COVERAGE B — PERSONAL AND ADVERTISING INJURY LIABILITY

1. *Coverage Agreement.*

    a. We will pay those sums that the **Insured** becomes legally obligated to pay as **Damages** because of **Personal Injury** or **Advertising Injury** to which this Coverage applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under *SECTION III — LIMITS OF COVERAGE.* We will have the right and duty to defend any **Suit** seeking those **Damages.** However:

    (1) we may investigate and settle any **Occurrence, Claim** or **Suit** pursuant to the rules established by the **Pool** Board of Directors;

    (2) the amount we will pay for **Damages** is limited as described in *SECTION III — LIMITS OF COVERAGE*; and

    (3) our right and duty to defend end when we have used up the applicable limit of coverage in the payment of **Damages** as described in *SECTION III — LIMITS OF COVERAGE.*

    b. This Coverage applies to:

    (1) **Personal Injury** caused by an offense arising out of the conduct of your business, excluding advertising, broadcasting or telecasting done for you; and

    (2) **Advertising Injury** caused by an offense committed in the course of advertising your goods, products or services; but only if:

        (a) the offense was committed in the **Coverage Territory**;

        (b) the offense was committed during the **Coverage Period**.

2. *Exclusions*

    This coverage does not apply to:

    a. **Personal Injury** or **Advertising Injury**:

    (1) arising out of oral or written publication of material, if done by or at the direction of an **Insured** with knowledge of its falsity;

    (2) arising out of oral or written publication of material whose first publication took place before the beginning of the **Coverage Period**;

    (3) arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the **Insured**; or

    (4) for which the **Insured** has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the **Insured** would have in the absence of the contract or agreement.

    b. **Advertising Injury** arising out of:

    (1) breach of contract, other than misappropriation of advertising ideas under an implied contract;

    (2) the failure of goods, products or services to conform with advertising quality or performance; or

    (3) the wrong description of the price of goods, products or services.

    (4) broadcasting - this exclusion shall not apply to **Personal Injury** or **Advertising Injury** resulting from telecasts or broadcasts by an **Insured** acting within the scope of employment by or duties on behalf of the **Member**.