UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER MERGOS,

    Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES
CORPORATION,

    Defendant.
_____/

Case No. 1:20-cv-324

HON. JANET T. NEFF

## ORDER OF REFERENCE

**IT IS ORDERED** that under 28 U.S.C. § 636 and W.D. Mich. LCivR 72, this case is referred to Magistrate Judge Phillip J. Green, U.S. District Court, 601 Ford Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan, for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

Dated:  April 17, 2020

   /s/ Janet T. Neff
JANET T. NEFF
United States District Judge