April 24, 2020 12:38 PM

CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JMW Scanned: 4/24/ CLD

## Declaration of Non-Consent

I hereby declare, with full possession of my mental faculties, and in complete autonomy of will, purpose, and action, in public notice to all humans, governments, corporations and entities, and in particular in public notice to SpaceX, all agencies, departments, and employees of the US Government, including Military/Homeland Security and intelligence agencies, departments, and contractors, that:

I claim citizenship in United States of America on the physical land, in the Continental United States of America. In my status as a naturalized citizen of the United States of America, I have never consented and do not consent to being used as co-optable or collaterizable as an employee, property, or asset of any corporation, including SpaceX and the corporation of the Federal United States, inc.

I do not consent to being considered property of a corporation or market. I sign this document on behalf of my minor children and these statements are made to protect their privacy and human rights, also.

I do not consent to be made subject to inhumane laws and statutes, such as the NDAA, which seems to permit weapons testing on citizens, nor any military directives, programs or experiments of any type including but not limited to human experimentation, psychological operations, behavior modification, and/or weapons testing on citizens.

I am not a Federal employee, military participant, asset, nor state or corporate property in any way, shape, or form.

I Have Never Consented and Do Not Consent to the use of my body, mind, brain, central nervous system, consciousness, and energy, for any kind of experimentation, monitoring, surveillance, or any other use, by any body, "person," or entity, private or intelligence/defense/homeland security agency, private or intelligence/defense/homeland security contractor, research organization, university, medical institution, or other, for any purpose whatsoever, for any length of time whatsoever.

I Have Never Consented and Do Not Consent to the use of any aspect or part of myself and being, including energy in the form of Electromagnetic Radiation radiated from any part of my body, including my brain–such as thought waves, intrinsically my own intellectual property and my own possession, and not "unintentionally radiated intelligence or RINT or SIGINT" to be accessed and/or used for any kind of SpaceX, military/intelligence agency purpose whatsoever.

I Have Never Consented and Do Not Consent to the use of any aspect or part of myself, including: plasmas, blood, tissues, cells, energy and DNA, being stolen, picked up, obtained illegitimately (from a letter I mailed, for example) by way of covert/privacy intrusion at medical institutions, and used for any kind of military or intelligence agency purpose whatsoever, whether for genetic testing or to develop genetic weapons (viral or any other type) or devise genetic programs of Directed-Energy assault or any other.

I Have Never Consented and Do Not Consent to the bombardment of my body by SpaceX satellites/technology or any other source with directed-energy such as high-powered microwaves, low-powered microwaves, Extremely Low Frequencies, infrasonic and ultrasonic frequencies, millimeter waves, scalar waves, or any other kind of wave or remote-influencing technology, for any experimental, correctional, thought/behavior-modification, surveillance, monitoring, or any other purpose.

I do not consent to the monetization of my existence by any entity, other than myself.

I Have Never Consented and Do Not Consent to the eugenicist/transhumanist agenda, including flooding of the atmosphere in my vicinity with harmful aerosols carrying chemicals, biological toxins

such as viruses and molds, vaccines, nanotechnology, smart dust, heavy metals, toxic metals like lithium, radioactive materials, wifi from space satellites and other harmful matter, for any stated purpose whatsoever, whether solar radiation management, population control, faster downloading speeds or any other purpose.

I Have Never Consented and Do Not Consent to programs of machinations and manipulations of opinion via media, billboards, tv, radio, internet, via slander, false rumors, and defamation campaigns.

I Have Never Consented and Do Not Consent to the deliberate pollution/exposure of air and space with wifi microwave frequencies that have been proven toxic to all living creatures.

I Have Never Consented and Do Not Consent to project dragonfly, nanotechnology/smart dust exposure and/or being used as a human bug or beetle with microwave radiation exposure to gather information or for any other purpose.

I Have Never Consented and Do Not Consent to any research or experimentation programs being carried out on myself. I do not consent to implants that have been forcibly placed in my body. I do not consent to receptions and transmissions of electromagnetic energy from inside my body. I do not consent to the bidirectional communications initiated externally and involving the transponder elements. No part of RFID implantation, continuous 24/7 surveillance, monitoring, remote radio/other communications, and assault with directed-energy neuroweapons falsely labeled non-lethal weapons or items that provide wifi from space or any other locations has my consent.

This is a Public Notice to state on the record that I have not in any way given consent to the entities assaulting me with microwave radiation.  I do not consent to implants on my body, to surveillance and microwave assault continuously or at all, and to radio-signal-exchange with radio-receiving transponder implants implanted in my body without my knowledge or permission.

I do not consent to being falsely labeled a"terrorist/spy" under the Patriot/Freedom Act, watchlisting without cause, and running MKULTRA-style trauma-based 24/7 human subject experimentation and directed-energy radiation weapons testing/training/operation programs on my person, and running defamation and smear campaigns in my name. None of this is consensual, it is a forced assault; seeking to retaliate against and suppress free speech and individuals (myself) from exposing a eugenicist/transhumanist/genocidal agenda, (poison vaccines, food, water, medications and air with heavy metals and genetic modification technology, then connect everyone to the internet of bodies/things via smart dust and remote control the population via wifi/microwave frequencies) corruption and criminality.

This is a Declaration of Non-Consent to all the invasions performed extra-judicially on my body and consciousness and it is a Notice to all parties involved in these activities to fully cease and desist all such prosecutable and violatory invasions.

These are prosecutable crimes against humanity.

I reserve all rights to publish this declaration and to make changes as I see appropriate at any time.


_____ /s/
Jennifer Mergos (I sign on behalf of my minor children, as legal protection for them, also.)

___4/22/20_____ April 22, 2020

Jennifer Mezger
153 W. Willow st
Perry Mi 48872

GRAND RAPIDS MI 495

22 APR 2020 PM 5 L

FOREVER
USA

Barn Swallow

Clerk & Hon Green, U.S. District court
601 ford federal building
110 Michigan, N.W.
Grand Rapids Mi
49503

49503-236399