UNITED STATES OF AMERICA DISTRICT COURT

WESTERN DISTRICT MICHIGAN COURT

**FILED - GR**
April 24, 2020 12:38 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JMW   Scanned: 4/24 /LEP

Case # 1:20-cv-00324
Hon Phillip J. Green

JENNIFER MERGOS
Plaintiff

v.

SPACE EXPLORATION TECHNOLOGIES CORPORATION (SpaceX)
Defendant

---

| | |
|---|---|
| Jennifer Mergos | SpaceX attn: Elon Musk |
| *In Pro Per*, Plaintiff | Defendant |
| 153 W Willow | 1 Rocket Rd |
| Perry Mi 48872 | Hawthorne, CA 90250 |
| 1-517-512-8439 | 1-310-363-6000 |

## PROOF OF SERVICE

   JENNIFER MERGOS, certifies that on this date of April 22nd, 2020, she served a copy of this Declaration of Non-Consent upon Defendant SPACEX, at the address of 1 Rocket Rd Hawthorne, CA 90250 by first-class mail with the proper postage.

_____
JENNIFER MERGOS

Jennifer Mergos
153 W. Willow rd
Perry MI 48872

GRAND RAPIDS MI 495
22 APR 2020 PM 5
FOREVER USA
Barn Swallow

Clerk f Hon. Green, U.S. District court
601 ford federal building
110 Michigan, n.w.
Grand Rapids MI
49503

49503-236399